IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK L. SMITH,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          Case No. 14-cv-201-wmc

SANDRA LA DU-IVES and
DEB GLEASON,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

    /s/                                                                       5/9/2014

Peter Oppeneer, Clerk of Court                          Date